WATSON ROUNDS
MICHAEL D. ROUNDS
Nevada Bar No. 4734
MATTHEW D. FRANCIS
Nevada Bar No. 6978
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com

Attorneys for Plaintiffs Michael S. Farias
and Fast Aid Success Systems, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL S. FARIAS, an individual; FAST AID SUCCESS SYSTEMS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DR. PLUMBER, LLC, a Nevada limited liability company; JACK RIGGI, an individual,<br><br>Defendants. | Case No.: 3:12-cv-499-RCJ-WGC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Michael S. Farias and Fast Aid Success Systems, Inc., and Defendants Dr. Plumber, LLC and Jack Riggi, by and through their undersigned counsel, hereby stipulate to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Each party shall pay their own attorneys' fees and costs.

///

///

///

///

///

///

-1-

IT IS SO STIPULATED:

Dated: February 20, 2013

By: /s/ Matthew D. Francis
WATSON ROUNDS
Michael D. Rounds
Matthew D. Francis
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Email: mrounds@watsonrounds.com
Email: mfrancis@watsonrounds.com

Attorneys for Plaintiffs Michael S. Farias and Fast Aid Success Systems, Inc.

Dated: February 20, 2013

By: /s/ Roger S. Doyle
FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.
Roger S. Doyle
327 California Avenue
Reno, NV 89509
Telephone: (775) 348-9999
rdoyle@renonvlaw.com

Attorneys for Defendants Dr. Plumber, LLC and Jack Riggi


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 21, 2013

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P 5(b), I certify that I am an employee of the Law Offices of Watson Rounds, and on this date, a true and correct copy of the foregoing document, **Stipulation for Dismissal with Prejudice,** was served upon the following individuals via electronic mail through the United States District Court's CM/ECF system:

Roger S. Doyle
FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.
327 California Avenue
Reno, NV 89509
rdoyle@renonvlaw.com

Dated: February 20, 2013                                             /s/ Nancy Lindsley
                                                                                      Nancy Lindsley